# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-1158**              **September Term, 2017**

**FAA-04/14/2015 Letter**
**FAA-06/01/15 Letter**

**Filed On:** February 7, 2018

City of Phoenix, Arizona,

        Petitioner

      v.

Michael P. Huerta and Federal Aviation
Administration,

        Respondents
------------------------------
Consolidated with 15-1247

       **BEFORE:**     Rogers and Griffith, Circuit Judges; Sentelle, Senior Circuit Judge

## O R D E R

Upon consideration of the joint petition for panel rehearing, it is

**ORDERED** that the opinion issued August 29, 2017, be amended as follows:

Slip Op., p. 20, Part IV, line 3, insert the word "departure" before the word "routes" and delete the words "and procedures". It is

**FURTHER ORDERED** that the judgment of the court issued August 29, 2017, be vacated. The Clerk is directed to issue a new judgment. It is

**FURTHER ORDERED** that the Clerk is directed to withhold issuance of the mandate until June 15, 2018, unless the parties notify the court prior to that date that the mandate should issue.

### Per Curiam

                             **FOR THE COURT:**
                             Mark J. Langer, Clerk

              BY:     /s/
                            Ken Meadows
                            Deputy Clerk